FILED

APR 17 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 25 151 SLP |
| Plaintiff, ) | |
| -vs- ) | No. |
| ABDULLAH HAJI ZADA ) | Violation: 18 U.S.C. § 924(h) |
| Defendant. ) | |

# INFORMATION

The United States Attorney charges:

## COUNT 1
(Receipt of a Firearm and Ammunition to be Used to
Commit a Federal Crime of Terrorism)

From in or about June 2024, through on or about October 7, 2024, in the Western District of Oklahoma and elsewhere, ABDULLAH HAJI ZADA, knowingly received, attempted to receive, and knowingly and voluntarily conspired with others, both known and unknown, to receive a firearm and ammunition, to wit: two AK-47-style rifles and 500 rounds of ammunition, knowing and having reasonable cause to believe that the firearm and ammunition would be used to commit a Federal crime of terrorism, specifically attempting to provide and conspiring to provide material support and resources to the Islamic State of Iraq and al-Sham ("ISIS"), a designated foreign terrorist organization.

All in violation of Title 18, United States Code, Section 924(h).

                                          ROBERT J. TROESTER
                                          United States Attorney

*/s/ Matt Dillon*

MATT DILLON
JESSICA PERRY
Assistant U.S. Attorneys

2