# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| -vs- ) | Case No. CR-25-151-SLP |
| ) | |
| **ABDULLAH HAJI ZADA,** ) | |
| ) | |
| **Defendant.** ) | |

## UNITED STATES' MOTION TO FILE UNDER SEAL EXHIBIT TO UNITED STATES' RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM

The United States hereby respectfully requests the Court's permission to file under seal, Exhibit 1 to their Response to Defendant's Sentencing Memorandum. Exhibit 1 is a video (which will be conventionally filed) which contains names of uncharged family members and/or juveniles.

Counsel for the Government has consulted with Mr. Zada's counsel, Kiefer Rose, who does not object with United States' request to file the exhibit under seal.

Based on the foregoing, the United States requests permission to file under seal Exhibit 1 to their Response to Defendant's Sentencing Memorandum.

>Respectfully submitted,
>
>ROBERT J. TROESTER
>United States Attorney
>
>s/ MATT DILLON
>MATT DILLON, OBA No. 19321
>JESSICA PERRY, OBA No. 22681
>Assistant United States Attorneys
>210 Park Ave., Suite 400
>Oklahoma City, OK 73102
>(405) 553-8700 (Office)
>Matthew.Dillon@usdoj.gov
>Jessica.Perry2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jeff Byers and Kiefer Rose, attorneys for Mr. Zada.

>s/MATT DILLON
>Assistant U.S. Attorney