<u>SENTENCING COURTROOM MINUTE SHEET</u>            DATE  <u>     11-19-2025     </u>

CR. CASE NO. <u>CR-25-151-SLP</u>   U.S.A. -vs-  <u>  ABDULLAH HAJI ZADA  </u>

COMMENCED  <u>   10:00   </u>   ENDED  <u>   10:50   </u>   TOTAL TIME  <u>     50 min.     </u>

JUDGE <u>SCOTT L. PALK</u>          DEPUTY <u>LORI GRAY</u>          REPORTER <u>SHERRI GRUBBS</u>

COUNSEL FOR PLF.  <u>   Matt Dillon, Jessica Perry   </u>

COUNSEL FOR DFT.  <u>   Kiefer Rose, Jeff Byers   </u>

SENTENCING MINUTE:    <u>Dft. appears in person with</u>/without private / <u>public defender</u> / ct. apptd counsel

<u>Probation Report reviewed by counsel and dft.</u>          Probation Officer:<u>   Alexis Maltz   </u>

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF  <u> 180 months. </u>

Dft shall participate in the Inmate Financial Responsibility Program while incarcerated.

The Court does not impose a term of supervised release.

Dft ordered to pay Special Assessment fee of <u>$100.00</u> on Count  <u> 1 </u>  for a total of <u>$100.00</u>, due immediately.

Fine is hereby waived due to dft's inability to pay such fine.

Dft advised of right to appeal & to appeal ifp.

Court orders commitment to the custody of the Bureau of Prisons/Attorney General & recommends that dft be incarcerated at:  <u>              FCI Seagoville              </u>

DFT. REMANDED TO U.S.M.

<u>The Court GRANTS the United States' Application for, and Factual Allegations in Support of Judicial Removal [Doc. No. 3].</u>