IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No.   CR-25- 151 -SLP |
| | ) | |
| ABDULLAH HAJI ZADA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF JUDICIAL REMOVAL

Upon the application of the United States of America, by Matt Dillon, Assistant United States Attorney, Western District of Oklahoma; upon the Application for, and Factual Allegations in Support of, Judicial Removal; upon the statement and consent of Defendant Abdullah Haji Zada and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Afghanistan and a citizen of Afghanistan.

3. The defendant became a lawful permanent resident of the United States on or about March 27, 2018.

4. At the time of sentencing in the instant criminal proceeding, the defendant will have been convicted in the United States District Court, Western District of Oklahoma, under Count 1 of the Information, which charges the defendant with Receipt of a Firearm and Ammunition to be Used to Commit a Federal Crime of Terrorism in violation of 18

U.S.C. § 924(h).

5.  The defendant is, and at sentencing will be, subject to removal from the United States pursuant to: Title 8, United States Code, Section 1227(a)(2)(A)(iii), as an alien who is convicted of an aggravated felony. In particular, the conviction is an aggravated felony as defined in Title 8, United States Code, Section 1101(a)(43)(E)(ii).

6.  This Order of removal terminates the defendant's lawful permanent resident status. 8 C.F.R. § 1001.1(p). Once removed, the defendant's conviction, which constitutes an aggravated felony, makes him inadmissible and permanently ineligible to return to the United States. See 8 U.S.C. § 1182(a)(9)(A).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to Afghanistan upon his sentencing, which removal is to be affected upon completion of his term of incarceration.

**DONE and ORDERED** in Chambers at Oklahoma City, OK, on the 19th day of November, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF OKLAHOMA